IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS R. NEGRON, as Administrator for the Estate of Wilfred Negron, Sr., and DORIS R. NEGRON, Individually, | : | CIVIL ACTION NO. 09-330 |
| v. | : | |
| OXFORD AIRPORT TECHNICAL SERVICES, CLYDE MACHINES, INC. and DIVERSIFIED INSPECTIONS/ITL | : | FILED MAY - 6 2009 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |

**ORDER**

AND NOW, this ___ day of _____, 2009, upon consideration of defendant Clyde Machines Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (paper no. 10) and plaintiffs' response thereto, it is ORDERED that the motion is **DENIED** for the reasons stated in the attached opinion.

_____ J.