## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORIS R. NEGRON, as Administrator for** | : | **CIVIL ACTION NO. 09-330** |
| **the Estate of Wilfred Negron, Sr., and** | : | |
| **DORIS R. NEGRON, Individually,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OXFORD AIRPORT TECHNICAL** | : | |
| **SERVICES, CLYDE MACHINES, INC. and** | : | |
| **DIVERSIFIED INSPECTIONS/ITL** | : | |

## ORDER

AND NOW, this 11th day of June, 2009, upon consideration of defendant Clyde

Machines, Inc.'s ("Clyde") Motion for Reconsideration or, in the Alternative, Certification for

Interlocutory Appeal (paper no. 29), it is ORDERED that the motion is **DENIED** for the reasons

stated in the accompanying Opinion.


_____/s/ Norma L. Shapiro_____
J.